ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Allied Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NECHE, LLC, a Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | CASE NO. 2:19-cv-01016-LRH-CBC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT ALLIED INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants, Allied Insurance Company ("Allied") and Nationwide Mutual Insurance Company ("Nationwide") (collectively "Defendants"), by and through their attorneys of record, Robert W. Freeman, Esq. and Priscilla L. O'Briant, Esq., of Lewis Brisbois Bisgaard & Smith LLP, and Plaintiff NECHE, LLC, by and through its counsel of record, Michael N. Poli, Esq., of Merlin Law Group, PA, that:

The due date for the Defendants' Response to Plaintiff's Complaint (ECF No. 1), be extended Seven (7) days, from June 20, 2019, to June 27, 2019.

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiff's Complaint, Defendants need additional time to perform an investigation prior to filing a responsive pleading. This is

4823-1336-8986.1

Defendants' first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 20th day of June, 2019.	DATED this 20th day of June, 2019.

MERLIN LAW GROUP, P.A.	LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Michael N. Poli	By: /s/ Priscilla L. O'Briant
    Michael N. Poli, Esq.	    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 005461	    Nevada Bar No. 3062
    MERLIN LAW GROUP, P.A.	    PRISCILLA L. O'BRIANT, ESQ.
    403 Hill Street	    Nevada Bar No. 10171
    Reno, NV 89501	    6385 S. Rainbow Boulevard, Suite 600
    *Attorneys for Plaintiff*	    Las Vegas, Nevada 89118
    *Attorneys for Defendants*
    *Allied Insurance Company*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

6-20-2019
DATED: _____

4823-1336-8986.1