UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NECHE, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>ALLIED INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant | Case No.: 2:19-cv-01016-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendants' response to the order to show cause (ECF No. 19),

IT IS ORDERED that the order to show cause (ECF No. 7) is deemed satisfied, and I will not remand this action for lack of subject matter jurisdiction.

DATED this 9th day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE