Michael N. Poli
Nevada State Bar No. 005461
mpoli@merlinlawgroup.com
MERLIN LAW GROUP, P.A.
403 Hill Street
Reno, Nevada 89501
(775) 229-8021

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NECHE, LLC, a Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | Case No. 2:19-cv-01016-APG-VCF<br><br>**ORDER STIPULATION EXTENDING PLAINTIFF'S RESPONSE DEADLINE RE DEFENDANTS' MOTION TO DISMISS NATIONWIDE MUTUAL INSURANCE COMPANY**<br><br>**(First Request)** |

Upon Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED granting the Stipulation Extending Plaintiff's Response Deadline Re Defendant's Motion to Dismiss Nationwide Mutual Insurance Company.

IT IS FUTHER ORDERED that Plaintiff shall through and including July 25, 2019, in which to file and serve its response to Defendants' motion to dismiss.

Dated: July 9, 2019.

_____
The Honorable Andrew P. Gordon
UNITED STATEs DISTRICT JUDGE

T2263833.DOCX;1