ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Allied Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NECHE, LLC, a Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | CASE NO. 2:19-cv-01016-APG-VCF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING THE OUTCOME OF PRIVATE MEDIATION** |

COME NOW, Plaintiff NECHE, LLC ("Neche") and Defendant ALLIED INSURANCE COMPANY OF AMERICA ("Allied"), by and through their respective counsel of record and hereby stipulate and make joint application to stay discovery in this matter until such time as the parties conclude a mediation to which the parties have agreed. The current discovery cutoff is **December 24, 2019**, but other discovery deadlines, including expert disclosures, are approaching.

Good cause exists to stay discovery in this matter. Specifically, the parties have scheduled a mediation for **October 17, 2019**. The stay of discovery will allow the parties to explore the possibility of settlement through mediation without incurring the time and expense of ongoing discovery prior to the mediation.

/ / /

4834-2801-5273.1

Within thirty (30) days after completion of the mediation, the parties will submit a Stipulation and Order reflecting resolution of some or all of the claims and/or advise the Court that the parties were unable to resolve the claims and will submit new discovery deadlines, including the expert deadlines, discovery cutoff deadline (providing ample time to complete written discovery and depositions), deadline for filing dispositive motions and the deadline for filing the Joint Pretrial Order.

DATED this 4th day of October, 2019.     DATED this 4th day of October, 2019.

MERLIN LAW GROUP, P.A.                   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Michael N. Poli                  By: /s/ Priscilla L. O'Briant
    Michael N. Poli, Esq.                    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 005461                    Nevada Bar No. 3062
    MERLIN LAW GROUP, P.A.                   PRISCILLA L. O'BRIANT, ESQ.
    403 Hill Street                          Nevada Bar No. 10171
    Reno, NV 89501                           6385 S. Rainbow Boulevard, Suite 600
    *Attorneys for Plaintiff*                Las Vegas, Nevada 89118
                                             *Attorneys for Defendants*
                                             *Allied Insurance Company*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-10-2019