ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
MAYRA SALINAS-MENJIVAR
Nevada Bar No. 014607
Mayra.salinas-menjivar@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Allied Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NECHE, LLC, a Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | CASE NO. 2:19-cv-01016-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT ALLIED INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between defendant Allied Insurance Company ("Allied")[1], by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, and plaintiff NECHE, LLC ("Neche" or "Plaintiff"), by and through its counsel of record, Merlin Law Group, PA, that:

The due date for the Allied's Response to Plaintiff's Motion for Leave to Amend Complaint

---

[1] Nationwide Mutual Insurance Company has been dismissed as a party in this litigation, and is, therefore, not a party to this stipulation. *See* ECF No. 28.

4851-2043-2049.1

(ECF No. 42), be extended by seven (7) days, from January 16, 2020, to January 23, 2020. Defendant needs additional time to review Plaintiff's motion and proposed amended complaint and prepare its response. This is Defendant's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 13th day of January, 2020.    DATED this 13th day of January, 2020.

MERLIN LAW GROUP, P.A.    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/Courtney Brady Abrahms*    By: */s/Priscilla L. O'Briant*
    Courtney Brady Abrams, Esq.        ROBERT W. FREEMAN, ESQ.
    Pro Hac Vice        Nevada Bar No. 3062
    MERLIN LAW GROUP, P.A.        PRISCILLA L. O'BRIANT, ESQ.
    2999 North 44th Street, Suite 520        Nevada Bar No. 10171
    Phoenix, Arizona 85018        MAYRA SALINAS-MENJIVAR
    *Attorneys for Plaintiff*        Nevada Bar No. 014607
            6385 S. Rainbow Boulevard, Suite 600
            Las Vegas, Nevada 89118
            *Attorneys for Defendants*
            *Allied Insurance Company*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-14-2020

4851-2043-2049.1                                2