Courtney B. Abrams
(*Admitted Pro Hac Vice*)
cabrams@merlinlawgroup.com
Michael J. Ponzo
(*Admitted Pro Hac Vice*)
mponzo@merlinlawgroup.com
MERLIN LAW GROUP, P.A.
403 Hill Street
Reno, Nevada 89501
(775) 229-8021

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NECHE, LLC, a Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation,<br><br>Defendants. | Case No. 2:19-cv-01016-APG-VCF<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL ADMITTED PRO HAC VICE** |

Courtney B. Abrams and Michael J. Ponzo having filed their Motion to Withdraw as Counsel Admitted Pro Hac Vice, said motion having been noticed, no objections having been made, and the Court being fully apprised in the premises, and good cause appearing, it is hereby

ORDERED, that said motion is hereby granted, and Courtney B. Abrams and Michael J. Ponzo's pro hac vice permissions to practice in the above entitled matter are hereby withdrawn.

Dated: March 13, 2020.

_____
The Honorable Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

T2478298.DOCX;1