ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
MAYRA SALINAS-MENJIVAR
Nevada Bar No. 014607
Mayra.salinas-menjivar@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Allied Insurance Company of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NECHE, LLC, a Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | CASE NO. 2:19-cv-01016-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT ALLIED INSURANCE COMPANY OF AMERICA'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff NECHE, LLC ("Neche" or "Plaintiff") and defendant ALLIED INSURANCE COMPANY OF AMERICA ("Allied" or "Defendant"),[1] by and through their respective attorneys of record, that:

The due date for the Allied's Response to Plaintiff's First Amended Complaint, be extended by seven (7) days, from March 13, 2020, to March 20, 2020.

---

[1] Nationwide Mutual Insurance Company has been dismissed as a party in this litigation, and is, therefore, not a party to this stipulation. *See* ECF No. 28.

4823-9589-7783.1

**Reason for the Extension:**

Because of the complexity of the allegations and claims, including new claim, made in Plaintiff's First Amended Complaint, Defendant needs additional time to prepare its response to Plaintiff's First Amended Complaint. This is the first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 12th day of March, 2020.   DATED this 12th day of March, 2020.

MERLIN LAW GROUP, P.A.   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Courtney Brady Abrams   By: /s/ Mayra Salinas-Menjivar
   COURTNEY BRADY ABRAMS, ESQ.      ROBERT W. FREEMAN, ESQ.
   *Admitted Pro Hac Vice*      Nevada Bar No. 3062
   2999 North 44th Street, Suite 520      PRISCILLA L. O'BRIANT, ESQ.
   Phoenix, Arizona 85018      Nevada Bar No. 10171
         MAYRA SALINAS-MENJIVAR, ESQ.
   CURTIS B. COULTER, ESQ.      Nevada Bar No. 014607
   Nevada Bar No. 03034      6385 S. Rainbow Boulevard, Suite 600
   Law Offices of Curtis B. Coulter PC      Las Vegas, Nevada 89118
   403 Hill Street      *Attorneys for Defendants*
   Reno, NV 89501      *Allied Insurance Company of America*
   *Attorneys for Plaintiff*
   *Neche, LLC*

**ORDER**

IT IS SO ORDERED:
DATED: 3-13-2020

_____
UNITED STATES MAGISTRATE JUDGE

4823-9589-7783.1              2