Michael N. Poli (Bar No. 005461)
mpoli@pmzlaw.com
POLI, MOON & ZANE, PLLC
403 Hill Street
Reno, Nevada 89501
(602) 857-8180

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NECHE, LLC, a Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | Case No. 2:19-cv-01016-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff NECHE, LLC ("Neche" or "Plaintiff") and Defendant ALLIED INSURANCE COMPANY OF AMERICA ("Allied" or "Defendant"), by and through their respective attorneys of record, that:

1. The deadline for Plaintiff to file its First Amended Complaint shall be extended through and including March 20, 2020.
2. The deadline for Defendant to file a Response to Plaintiff's First Amended Complaint shall be extended through and including April 3, 2020.

**Reason for the Extension:**

The Court previously granted Plaintiff an extension until February 28, 2020 to file its First Amended Complaint and allowing Defendant until March 20, 2020 to file its Response (Doc. 52). However, Plaintiff's undersigned counsel, Michael N. Poli ("Attorney Poli") left his former firm (Merlin Law Group) on January 31, 2020,

and established a new firm, Poli, Moon & Zane. In doing so, it was uncertain whether Attorney Poli would continue representing Plaintiff at his new firm. Attorneys Michael Ponzo ("Attorney Ponzo") and Courtney Abrams ("Attorney Abrams"), both admitted *pro hac vice* were primarily handling this matter, under Attorney Poli's supervision.

On March 12, 2020 Attorneys Ponzo and Abrams filed a Notice of their withdrawal as *pro hac vice* counsel for Plaintiff (Doc. 56), and Attorney Poli was able to obtain the complete file from Merlin Law Group. After carefully reviewing the file, Attorney Poli became aware that the Amended Complaint was never filed on February 28, 2020, as ordered by the Court (Doc. 52).

Therefore, Plaintiff and Defendant respectfully request this Court grant Plaintiff an extension through and including March 20, 2020 in which to file its First Amended Complaint, and Defendant an extension through April 3, 2020 in which to file its Response.

DATED this 19th day of March, 2020.   DATED this 19th day of March, 2020.

By: /s/ Michael N. Poli
  MICHAEL N. POLI, ESQ.
  Nevada Bar No. 005461
  2999 N. 44th Street, Suite 325
  Phoenix, Arizona 85018
  *Attorneys for Plaintiff Neche, LLC*

By: /s/ Mayra Salinas-Menjivar
  ROBERT W. FREEMAN, ESQ.
  Nevada Bar No. 3062
  PRISCILLA L. O'BRIANT, ESQ.
  Nevada Bar No. 10171
  MAYRA SALINAS-MENJIVAR, ESQ.
  Nevada Bar No. 014607
  6385 S. Rainbow Blvd., Suite 600
  Las Vegas, Nevada 89118
  *Attorneys for Defendant Allied Insurance Company of American*

**ORDER**

IT IS SO ORDERED:
DATED: 3-19-2020

_____
UNITED STATES MAGISTRATE JUDGE

2