ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Allied Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NECHE, LLC, a Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | CASE NO. 2:19-cv-01016-APG-VCF<br><br>**DEFENDANT'S MOTION TO REMOVE ATTORNEY MAYRA IVONNE SALINAS-MENJIVAR FROM CAPTION AND ELECTRONIC SERVICE** |

Defendant ALLIED INSURANCE COMPANY OF AMERICA ("Defendant"), by and through its attorney of record Robert W. Freeman, Esq., and Priscilla L. O'Briant, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby request that Mayra Ivonne Salinas-Menjivar, Esq. be removed from the caption and list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4825-5215-3289.1

1  Mayra Ivonne Salinas-Menjivar, Esq. is no longer with Lewis Brisbois Bisgaard & Smith,
2  LLP. Given the remaining attorneys at Lewis Brisbois Bisgaard & Smith, LLP who have
3  appeared on behalf of Defendant, no party will be prejudiced by this counsel's withdrawal.

4  Dated this 28th day of August, 2020. LEWIS BRISBOIS BISGAARD & SMITH LLP

BY  /s/ Priscilla L. O'Briant
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Allied Insurance Company of America*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

                   8-31-2020
Dated:_____

4825-5215-3289.1                              2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this this 28th day of August, 2020, I did cause a true and correct copy of **DEFENDANT'S MOTION TO REMOVE ATTORNEY MAYRA IVONNE SALINAS-MENJIVAR FROM CAPTION AND ELECTRONIC SERVICE** in *Neche, LLC v. Allied Insurance Company of American et al.*, United States District Court Case No. 2:19-cv-01016-LRH-CBC, to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Michael N. Poli, Esq.
Poli, Moon & Zane, PLLC
2999 N. 44th Street, Suite 325
Phoenix, AZ  85018
Tel:  (602) 857-8180
Fax:  (602) 857-7333
mpoli@pmzlaw.com
*Attorney for Plaintiff*

Curtis B. Coulter, Esq.
Law Offices of Curtis. B. Coulter PC
403 Hill Street
Reno, NV 89501
Tel:  (775)324-3380
Fax:  (775-325-3381)
Curtis@coulterharshlaw.com
*Attorney for Plaintiff*

By  */s/ Anne Cordell*
Anne Cordell, An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP