## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

NECHE, LLC,

          Plaintiff,

vs.

ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Illinois Corporation,

          Defendants.

2:19-cv-01016-APG-VCF

**ORDER**

    Before the Court is Defendant Allied Insurance Company of America's 1) Emergency Motion For Protective Order, And/Or Alternatively, 2) Emergency Motion To Stay Deposition Pending Outcome Of Motion For Protective Order (ECF NO. 72).

    Accordingly,

    IT IS HEREBY ORDERED any opposition to Defendant Allied Insurance Company of America's 1) Emergency Motion For Protective Order, And/Or Alternatively, 2) Emergency Motion To Stay Deposition Pending Outcome Of Motion For Protective Order (ECF NO. 72) must be filed on or before December 14, 2020.  Any reply in support of Defendant Allied Insurance Company of America's 1) Emergency Motion For Protective Order, And/Or Alternatively, 2) Emergency Motion To Stay Deposition Pending Outcome Of Motion For Protective Order (ECF NO. 72) must be filed on or before December 18, 2020.

    IT IS FURTHER ORDERED that the Rule 30(b)(6) deposition of defendant's corporate representative scheduled for December 16, 2020, is STAYED pending further order of the court.

    DATED this 3rd day of December, 2020.

                                                                _____
                                                                CAM FERENBACH
                                                                UNITED STATES MAGISTRATE JUDGE