1 ROBERT W. FREEMAN
Nevada Bar No. 3062
2 Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
3 Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
4 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5 Las Vegas, Nevada 89118
702.893.3383
6 FAX: 702.893.3789
*Attorneys for Defendant*
7 *Allied Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NECHE, LLC, a Nevada Limited Liability Corporation,<br><br>         Plaintiff,<br><br>         vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Illinois Corporation,<br><br>         Defendants. | CASE NO. 2:19-cv-01016-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Plaintiff NECHE, LLC and Defendants ALLIED INSURANCE COMPANY OF AMERICA and NATIONWIDE MUTUAL INSURANCE COMPANY (collectively "Defendants") by and through their respective undersigned counsel of record, agree and stipulate

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4852-2530-8647.1   1

Stipulation and Order for Dismissal of All Claims With Prejudice
Case No.:  2:19-cv-01016-APG-VCF

that all claims in the above-entitled action against Defendants shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| DATED this 9th day of June, 2021. | DATED this 9th day of June, 2021. |
| LEWIS BRISBOIS BISGAARD & SMITH | POLI, MOON & ZANE, PLLC |
| /s/ *Priscilla L. O'Briant* <br> ROBERT W. FREEMAN <br> Nevada Bar No. 003062 <br> PRISCILLA L. O'BRIANT <br> Nevada Bar No. 10171 <br> JENNIFER A. TAYLOR <br> Nevada Bar. No. 006141 <br> 6385 S. Rainbow Boulevard, Suite 600 <br> Las Vegas, Nevada 89118 <br> *Attorneys for Defendant* | /s/ *Michael N. Poli* <br> MICHAEL N. POLI <br> 403 Hill Street <br> Reno, Nevada 89501 <br> *Attorneys for Plaintiff* |

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

**IT IS SO ORDERED**.

DATED:  June 10, 2021

_____
UNITED STATES DISTRICT COURT JUDGE

4852-2530-8647.1   2